denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron* and *Mr. M. W. Acheson, Jr.,* for respondent.

---

No. 604. A. C. ROBINSON, TRUSTEE, ETC., *v.* EDWARD W. HUTCHINS ET AL., TRUSTEES, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron,* and *Mr. M. W. Acheson, Jr.,* for respondents.

---

No. 605. GRAND TRUNK RAILWAY COMPANY OF CANADA *v.* MT. CLEMENS SUGAR COMPANY. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Harrison Geer* for petitioner. *Mr. Thomas A. E. Weadock* and *Mr. John C. Weadock* for respondent.

---

No. 610. PAUL WIERSE ET AL. *v.* UNITED STATES. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frank J. Hogan* for petitioner. No brief for the United States.

---

No. 612. R. McCULLOCH DICK *v.* ANTON HOHMANN, ACTING CHIEF OF POLICE OF MANILA. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. W. A. Kincaid, Mr.*

*Alexander Britton* and *Mr. Evans Browne* for petitioner. *Mr. Edward S. Bailey* for respondent.

---

No. 613. MONTEZUMA VALLEY IRRIGATION DISTRICT ET AL. *v.* MARK NORRIS ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. B. W. Ritter* for petitioners. *Mr. Mark Norris, Mr. Clyde C. Dawson, Mr. Fred R. Wright* and *Mr. Charles D. Hayt* for respondents.

---

Nos. 621, 622. JOHN A. S. BROWN ET AL. *v.* AUSTIN B. FLETCHER, TESTAMENTARY TRUSTEE, ETC., ET AL. October 28, 1918. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Burr* and *Mr. Monroe Buckley* for petitioners. *Mr. Selden Bacon* and *Mr. Austin B. Fletcher* for respondents.

---

No. 623. TOLEDO & OHIO CENTRAL RAILWAY COMPANY *v.* S. J. KIBLER & BROTHERS COMPANY. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. John H. Doyle* and *Mr. Frederick W. Gaines* for petitioner. *Mr. C. E. McBride* for respondent.

---

No. 626. BALTIMORE & OHIO RAILROAD COMPANY *v.* JOHN E. FUTHEY ET AL. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals, Eighth Judicial District, State of Ohio, denied. *Mr. S. H. Tolles* for petitioner. No appearance for respondents.